# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY S., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, Acting Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 8:23-cv-02289-MEMF-SP <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner denying benefits, and remanding this action to the Commissioner for further administrative action consistent with the Report.

Dated: August 26, 2025

_____
HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE