UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslie Renee Schott,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　Defendant. | 8:23-CV-02289-CV-MEMF-SP<br><br>**ORDER GRANTING STIPULATION AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 [ECF NO. 15]** |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS ($7,500.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND FIVE DOLLARS ($405.00), subject to the terms of the above-referenced Stipulation.

　　IT IS SO ORDERED.

Dated: September 15, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge